1

2

3

4

5        **IN THE UNITED STATES DISTRICT COURT**

6        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

7

8

CAROLYN ALONSO, et al.,                    Case No. 07-cv-00601 AWI-NEW (TAG)

9
                              Plaintiffs,       FINDINGS AND RECOMMENDATIONS
10              vs.                              TO DISMISS CASE FOR FAILURE
                                                TO OBEY A COURT ORDER
11   STATE OF CALIFORNIA                         (Doc. 8)
     DEPARTMENT OF PARKS &
12   RECREATION, et al.,

13                              Defendants.
     _____/
14

15           On April 19, 2007, Plaintiffs Carolyn Alonso and Samuel Hockless, Sr., (collectively

16   "Plaintiffs," except where individually referenced by name), non-prisoners proceeding pro se, filed a

17   complaint alleging employment discrimination, pursuant to Title VII of the Civil Rights Act of 1964,

18   as amended, 42 U.S.C. § 2000e-5.  (Doc. 1).  The Plaintiffs submitted separate applications to

19   proceed in forma pauperis.  (Docs. 2, 7).  This matter was referred to the Magistrate Judge pursuant

20   to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-303.

21           On June 5, 2007, the undersigned dismissed Plaintiffs' complaint, pursuant to Federal Rule

22   of Civil Procedure 12(b)(6), for failure to state a claim upon which relief could be granted.  (Doc. 8).

23   The order noted that Alonso, a temporary employee of Defendant California Department of Parks &

24   Recreation ("Defendant"), failed to allege that she had suffered an adverse employment action due to

25   her membership in a protected class.  (Id.).  In addition, because Hockless was not an employee of

26   Defendant, he could not raise a cause of action based on employment discrimination against

27   Defendant.  (Id.).

28                                                    1

The Court, however, granted Plaintiffs an opportunity to amend the complaint, within thirty (30) days from the date of service of that order, to cure the deficiencies of the complaint as outlined by the Court's June 5, 2007, order.  (Id.).  The order was  served on July 16, 2007.  (See Docket Entry dated July 16, 2007, Doc. 9).  Plaintiffs were specifically warned that their failure to cure the deficiencies would result in a recommendation that this action be dismissed.  (Doc. 8).  Plaintiffs have yet to file an amended complaint and, thus, failed to comply with this Court's order.  (See generally docket).

.   Local Rule 11-110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court."  District courts have the inherent power to control their dockets and "in the exercise of that power, they may impose sanctions including, where appropriate . . . dismissal of a case."  Thompson v. Housing Auth., 782 F.2d 829, 831 (9th Cir. 1986).

In determining whether to dismiss an action for failure to obey a court order, the Court must consider several factors: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the Defendants; (4) the public policy favoring disposition of cases on their merits; and, (5) the availability of less drastic alternatives. Henderson v. Duncan, 779 F.2d 1421, 1423 (9th Cir. 1986); Carey v. King, 856 F.2d 1439 (9th Cir. 1988).

In the instant case, the Court finds that the public's interest in expeditiously resolving this litigation and the Court's interest in managing the docket weigh in favor of dismissal.  The third factor, risk of prejudice to Defendants, also weighs in favor of dismissal, since a presumption of injury arises from the occurrence of unreasonable delay in prosecuting an action.  Anderson v. Air West, Inc., 542 F.2d 522, 524 (9th Cir. 1976).  The fourth factor -- public policy favoring disposition of cases on their merits -- is greatly outweighed by the factors in favor of dismissal discussed herein. Finally, a court's warning to a party that failure to obey the court's order will result in dismissal satisfies the "consideration of alternatives" requirement.  Ferdik v. Bonzelet, 963 F.2d 1258, 1262

1   (9th Cir. 1992); <u>Malone v. U.S. Postal Service</u>, 833 F.2d 128, 132-33; <u>Henderson</u>, 779 F.2d at 1424.

2   The Court's order of June 5, 2007, expressly stated: "**Failure to file an amended complaint in**

3   **accordance with this order will result in a recommendation that this action be dismissed."**

4   (Doc. 8) (emphasis in original).   Thus, Plaintiffs had adequate warning that dismissal would result

5   from their noncompliance with the Court's order.

6                              RECOMMENDATIONS

7          Accordingly, the Court HEREBY RECOMMENDS that this action be DISMISSED without

8   prejudice, for Plaintiffs' failure to comply with the Court's June 5, 2007 order.  (Doc. 8).  These

9   Findings and Recommendations are submitted to the United States District Judge assigned to the

10  case pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 72-304 of the Local Rules of

11  Practice for the United States District Court, Eastern District of California.  Within fifteen (15) days

12  after being served with these Findings and Recommendations, Plaintiffs, individually or separately,

13  may file written objections with the Court.  Such a document should be captioned "Objections to

14  Magistrate Judge's Findings and Recommendations."  The District Judge will then review the

15  Magistrate Judge's ruling pursuant to 28 U.S.C. § 636 (b)(1)(C).  The parties are advised that failure

16  to file objections within the specified time may waive the right to appeal the District Judge's order.

17  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

18

19  IT IS SO ORDERED.

20  Dated:   **August 28, 2007**                                    **/s/ Theresa A. Goldner**
                                                          UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28                                                3