**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAROLYN ALONSO, et al., | Case No. 1:07-cv-00601 AWI-NEW (TAG) |
| Plaintiffs, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS CASE FOR FAILURE TO OBEY A COURT ORDER (Doc. 10). |
| vs. | |
| STATE OF CALIFORNIA DEPARTMENT OF PARKS & RECREATION, et al., | |
| Defendants. | |

On April 19, 2007, Plaintiffs Carolyn Alonso and Samuel Hockless, Sr., proceeding pro se, filed a complaint alleging employment discrimination, 42 U.S.C. § 2000e-5. (Doc. 1). On June 5, 2007, the Magistrate Judge issued an order dismissing Plaintiffs' complaint for failure to state a claim upon which relief could be granted, but allowed Plaintiffs thirty (30) days leave to file an amended complaint. (Doc. 8). The June 5, 2007 order was served on July 16, 2007. (See Docket Entry dated July 16, 2007, Doc. 9). As of August 28, 2007, the Plaintiffs had not file an amended complaint. (See Docket Sheet).

On August 28, 2007, the Magistrate Judge issued Findings and Recommendations to dismiss Plaintiffs' case without prejudice for failure to comply with the Court's June 5, 2007, order. (Doc. 10). This document was served on the parties and contained notice that any objections were to be filed within fifteen (15) days of the date of service. (Id.). To date, neither party has filed objections to the Findings and Recommendations. (See Docket Sheet).

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), Federal Rule of Civil Procedure 72(b), and Local Rule 72-304, this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court concludes that the Findings and Recommendations filed on August

28, 2007, are supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations (Doc. 10), filed August 28, 2007, are ADOPTED IN FULL;

2. Plaintiffs' employment discrimination action is DISMISSED WITHOUT PREJUDICE for failure to comply with the Court's June 5, 2007 order (Doc. 8).

IT IS SO ORDERED.

**Dated:   September 26, 2007**              **/s/ Anthony W. Ishii**
                                              UNITED STATES DISTRICT JUDGE